**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Sample Tile and Stone Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-4304075** | |
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **626 Wilshire Blvd., Suite 410**<br>**Los Angeles, CA 90017**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor    Sample Tile and Stone Inc.                                    Case number (*if known*)
         Name

---

**7.** **Describe debtor's business**    A. *Check one*:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one*:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No
☐ Yes.

---

Debtor   **Sample Tile and Stone Inc.**                                    Case number (*if known*)
         Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number, Street, City, State & ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes. Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* |
| | ■ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| | | | |
|---|---|---|---|
| **15. Estimated Assets** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Sample Tile and Stone Inc.                                    Case number (if known)
          Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature
    of authorized
    representative of debtor

The debtor requests relief in accordance with the chapter of title 11 United States Code, specified in this petition

I have been authorized to file this petition on behalf of the debtor

I have examined the information in this petition and have a reasonable belief that the information is true and correct

I declare under penalty of perjury that the foregoing is true and correct

Executed on _____
            MM / DD / YYYY

X _____                    **Curtis Sample**
  Signature of authorized representative of debtor     Printed name

Title    **President**

18. Signature of attorney    X _____    Date  1 / 8 / 2024
                              Signature of attorney for debtor            MM / DD / YYYY

                              Michael Jay Berger
                              Printed name

                              Law Offices of Michael Jay Berger
                              Firm name

                              9454 Wilshire Boulevard, 6th floor
                              Beverly Hills  CA 90212
                              Number, Street, City, State & ZIP Code

                              Contact phone    (310) 271-6223    Email address    michael.berger@bankruptcypower.com

                              100291 CA
                              Bar number and State

Fill in this information to identify the case:

Debtor name    **Sample Tile and Stone Inc.**

United States Bankruptcy Court for the    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation, a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/8/25        X _____
                              Signature of individual signing on behalf of debtor

                              **Curtis Sample**
                              Printed name

                              **President**
                              Position or relationship to debtor

Debtor    **Sample Tile and Stone Inc.**                                        Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Merchants Bank, N.A. 4550 West 77th St. Ste. 140 Minneapolis, MN 55435 | | One (1) Smartlift 609 HLE RT with Track unit, Four (4) Cover for suction cups(400mm/15,8i n), Four (4) Suction cup - SPK - 250mm/10in. Together with al | | $48,000.00 | $35,000.00 | $13,000.00 |
| Merchants Bank, N.A. 7600 Parklawn Ave., Ste. 384 Minneapolis, MN 55435 | | 1 Waterjet Intec I 713-G2 Cutting Machine lease # 10502201 (leased with Merchants Bank). | | $50,000.00 | $0.00 | $50,000.00 |
| Mulligan Funding, LLC 4715 Viewridge Ave., Ste 100 San Diego, CA 92123 | | Merchant Cash Advance | | $271,871.14 | $0.00 | $271,871.14 |
| OnDeck Capital 4700 W. Daybreak Pkwy, Suite 200 New York, UT 84009 | | Merchant Cash Advance | | $98,000.00 | $0.00 | $98,000.00 |
| Tile Industry Health and Welfare Trust Fund and Associated Funds c/o Kennedy Law Firm 3530 Camino Del Rio N. Ste. 110 San Diego, CA 92110-8000 | | Delinquent contributions, fees, interests, and penalties | | | | $400,150.00 |
| U.S. Small Business Administration c/o Elan S. Levey 300 N. Los Angeles Street   - Fed. Bldg. Rm. 7516 Los Angeles, CA 90012 | | Blanket Lien on Debtor's Assets | | $2,000,000.00 | $792,646.25 | $1,207,353.75 |
| United First, LLC 2999 NE 191st St., Unit 901 Miami, FL 33180 | | Merchant Cash Advance | | $33,450.75 | $0.00 | $33,450.75 |
| Valero Fleet Services PO Box 6293 Carol Stream, IL 60197 | | Vendor | | | | $12,123.27 |

Debtor   __Sample Tile and Stone Inc._____          Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Willis Supply Corporation Dept LA 23368 Pasadena, CA 91185 | | Supplier | | | | $8,302.99 |

## United States Bankruptcy Court
### Central District of California

In re    **Sample Tile and Stone Inc.**

Debtor(s)

Case No

Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Curtis Sample**<br>**1410 Richardson Street**<br>**San Bernardino, CA 92408** | | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Curtis Sample, as the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  1/8/25

Signature  Curtis Sample

*Penalty for making a false statement of concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both*
*18 U.S.C. §§ 152 and 3571*

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned  whether still pending and, if not, the disposition thereof. If none, so indicate  Also, list any real property included  n Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor  an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor  or any persons  firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof  has been filed by or against the debtor within the last 180 days  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding  the Bankruptcy Judge and court to whom assigned  whether still pending, and if not, the disposition thereof  If none  so indicate  A so, list any real property included in Schedule A/B that was filed with any such prior proceeding(s) )

None

I declare, under penalty of perjury, that the foregoing is true and correct

Executed at   Los Angeles                          , California.

Date:

Curtis Sample
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory  It has been approved for use in the United States Bankruptcy Court for the Central District of California

October 2018                                        Page 1                    F 1015-2.1.STMT.RELATED.CASES

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sample Tile and Stone Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B*..........................................................................................  $            0.00

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*........................................................................................  $       928,146.25

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*..........................................................................................  $       928,146.25

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................  $     2,805,546.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................  $            0.00

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................  +$       710,717.24

4.  **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b                                                                                      $     3,516,263.24

**Fill in this information to identify the case:**

Debtor name     **Sample Tile and Stone Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.     Checking, savings, money market, or financial brokerage accounts *(Identify all)*
       Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account
                                                                                       number

| | | | | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking account | 6836 | $283,078.52 |
| 3.2. | Chase Bank | Checking account | 6828 | $0.00 |

4.     Other cash equivalents *(Identify all)*

5.     Total of Part 1.                                                                           $283,078.52
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below

**Part 3:**     **Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     Accounts receivable

Debtor    **Sample Tile and Stone Inc.**                                        Case number (If known)
                Name

| 11a. 90 days old or less: | 448,525.22 | – | 0.00 | = | $448,525.22 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 47,585.02 | – | 23,792.51 | = | $23,792.51 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                                            $472,317.73
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Chairs, tables, desks** | | | $500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Used GMM Extra Bridge Saw** | | | $7,500.00 |
| **Computer, printer, scanner, phone** | | | $750.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

| Debtor | Sample Tile and Stone Inc. | Case number *(If known)* |
|---|---|---|
| | Name | |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $8,750.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | Used 2019 Chevrolet Silverado 6500, Vin #7930 | | | $28,500.00 |
| 47.2. | 2022 Chevrolet Silverado 1500; Vin ending in #1765. Monthly payments are $584. | | | $22,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| One(1) New GMM Extra 480 Bridge Saw | | | $75,000.00 |
| One (1) Smartlift 609 HLE RT with Track unit, Four (4) Cover for suction cups(400mm/15,8in), Four (4) Suction cup - SPK - 250mm/10in. Together with all attachments including any replacements thereof or accessions thereto. | | | $35,000.00 |
| 1 Waterjet Intec I 713-G2 Cutting Machine lease # 10502201 (leased with Merchants Bank). | | | $0.00 |
| Tower 72 Automatic Vertical Flat edge polishing machine, serial number 1551, together with all attachments including any replacements thereof or accessories thereof. | | | $3,500.00 |

Debtor    Sample Tile and Stone Inc.                                    Case number *(If known)* _____
             Name

51.    **Total of Part 8.**                                                                 $164,000.00
       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties Contractor's license | | | $0.00 |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

66.    **Total of Part 10.**                                                                $0.00
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C §§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Debtor    __Sample Tile and Stone Inc.__                          Case number *(If known)* _____
    Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12
☐ Yes Fill in the information below.

Debtor    **Sample Tile and Stone Inc.**                              Case number *(If known)* _____
           Name

---

Part 12:    **Summary**

---

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $283,078.52 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $472,317.73 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $8,750.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8* | $164,000.00 | |
| 88. Real property. *Copy line 56, Part 9*..............................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $928,146.25    + 91b. | $0.00 |

92. Total of all property on Schedule A/B. Add lines 91a+91b=92                    $928,146.25

| Fill in this information to identify the case: |
|---|

Debtor name **Sample Tile and Stone Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |
| **2.1** **Bridgecrest** | Describe debtor's property that is subject to a lien | | $50,000.00 | $22,000.00 |

**2.1** **Bridgecrest**
Creditor's Name

7465 E. Hampton Ave
Mesa, AZ 85209
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**3201**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Chevrolet Silverado 1500; Vin ending in #1765. Monthly payments are $584.**

Describe the lien
**Vehicle Loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim | Value of collateral |
|---|---|
| $50,000.00 | $22,000.00 |

---

**2.2** **GM Financial**
Creditor's Name

PO Box 183593
Arlington, TX 76096
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2023**
Last 4 digits of account number
**4432**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2019 Chevrolet Silverado 3500, Vin #7930. Financed**

Describe the lien
**Auto loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim | Value of collateral |
|---|---|
| $25,174.86 | $55,000.00 |

Debtor **Sample Tile and Stone Inc.**
Name

Case number (if known)

---

| 2.3 | **Merchants Bank, N.A.**<br>Creditor's Name<br>**7600 Parklawn Ave., Ste. 384**<br>**Minneapolis, MN 55435**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**1 Waterjet Intec I 713-G2 Cutting Machine lease # 10502201 (leased with Merchants Bank).** | **$50,000.00** | **$0.00** |
|---|---|---|---|---|

Describe the lien
**UCC Lien for Equipment Lease**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**5/13/2020**
Last 4 digits of account number
**6317**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Merchants Bank, N.A.**<br>Creditor's Name<br><br><br>**4550 West 77th St. Ste. 140**<br>**Minneapolis, MN 55435**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**One (1) Smartlift 609 HLE RT with Track unit, Four (4) Cover for suction cups(400mm/15,8in), Four (4) Suction cup - SPK - 250mm/10in. Together with all attachments including any replacements thereof or accessions thereto.** | **$48,000.00** | **$35,000.00** |
|---|---|---|---|---|

Describe the lien
**UCC Financing**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**12/21/2023**
Last 4 digits of account number
**2329**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Merchants Bank, N.A.**<br>Creditor's Name<br>**7600 Parklawn Avenue, Ste 384**<br>**Minneapolis, MN 55435**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Tower 72 Automatic Vertical Flat edge polishing machine, serial number 1551, together with all attachments including any replacements thereof or accessories thereof.** | **$3,500.00** | **$3,500.00** |
|---|---|---|---|---|

Describe the lien
**UCC-1 Financing Statement**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**6/25/2020**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor  **Sample Tile and Stone Inc.**
Name

Case number (if known)

---

**Last 4 digits of account number**
**1263**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Mulligan Funding, LLC** | Describe debtor's property that is subject to a lien | $271,871.14 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**4715 Viewridge Ave., Ste 100**
**San Diego, CA 92123**
Creditor's mailing address

**Assets of the Debtor**

Describe the lien
**UCC Financing**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**2/15/2024**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1020**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **OnDeck Capital** | Describe debtor's property that is subject to a lien | $98,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**4700 W. Daybreak Pkwy, Suite 200**
**New York, UT 84009**
Creditor's mailing address

**Assets of the Debtor**

Describe the lien
**UCC Financing**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**10/25/2022**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7028**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Signature Financial & Leasing LLC** | Describe debtor's property that is subject to a lien | $75,000.00 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**225 Broadhollow Rd. Ste. 132W**
**Melville, NY 11747**
Creditor's mailing address

**One(1) New GMM Extra 480 Bridge Saw**

Describe the lien
**UCC Financing**

---

Debtor    **Sample Tile and Stone Inc.**                                        Case number (if known) _____
    Name

|  |  |  |  |
|---|---|---|---|

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/16/2022**

**Last 4 digits of account number**
**9228**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | **$2,000,000.00** | **$792,646.25** |
|---|---|---|---|---|

Creditor's Name

c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012

Creditor's mailing address

**Blanket Lien on Debtor's Assets**

**Describe the lien**

**UCC Financing / EIDL Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/20/2020**

**Last 4 digits of account number**
**1927**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **United First, LLC** | Describe debtor's property that is subject to a lien | **$33,450.75** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

2999 NE 191st St., Unit 901
Miami, FL 33180

Creditor's mailing address

**Assets of the Debtor**

**Describe the lien**

**UCC Financing**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/19/2024**

**Last 4 digits of account number**
**0522**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.

Debtor    **Sample Tile and Stone Inc.**    Case number (if known)
　　　　　Name

Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $2,654,996.75

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CHTD Company**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line _2.7_ | |
| **Mulligan Funding, LLC**<br>**c/o Babcock Scott & Babcock, P.C.**<br>**Attn: Jeffrey R. Handy, Esq.**<br>**370 E. South Temple, 4th Floor**<br>**Salt Lake City, UT 84111** | Line _2.6_ | |

**Fill in this information to identify the case:**

Debtor name **Sample Tile and Stone Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$42,251.40** |
|---|---|---|---|
| | American Express<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **9/2024** | Basis for the claim: **Charge card** | |
| | Last 4 digits of account number **4005** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$27,885.52** |
|---|---|---|---|
| | American Express<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Charge card** | |
| | Last 4 digits of account number **1008** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$24,120.31** |
|---|---|---|---|
| | Ceasarstone USA Inc.<br>PO Box 603791<br>Charlotte, NC 28260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: **Critical Vendor** | |
| | Last 4 digits of account number **5596** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$42,027.98** |
|---|---|---|---|
| | Cosentino<br>611 East Cerritos Ave<br>Anaheim, CA 92805 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: **Critical Vendor** | |
| | Last 4 digits of account number **7129** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Sample Tile and Stone Inc.**                          Case number *(if known)* _____
          Name

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142,045.71** |

**Dal Tile Distribution, LLC #4161**
**7484 Raytheob Rd.**
**San Diego, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number **5639**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical Vendor. Daltile filed a Claim of Mechanics Lien against Disneyland Resort (1717 S. Disneyland Dr., Anaheim, CA 92802).**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply* | **$11,810.06** |

**Home Depot**
**PO Box 9001030**
**Louisville, KY 40290**

Date(s) debt was incurred _

Last 4 digits of account number **1041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charge card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply* | **$400,150.00** |

**Tile Industry Health and Welfare**
**Trust Fund and Associated Funds**
**c/o Kennedy Law Firm**
**3530 Camino Del Rio N. Ste. 110**
**San Diego, CA 92110-8000**

Date(s) debt was incurred  **2023 - 2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent contributions, fees, interests, and penalties**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply* | **$12,123.27** |

**Valero Fleet Services**
**PO Box 6293**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number **0503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply* | **$8,302.99** |

**Willis Supply Corporation**
**Dept LA 23368**
**Pasadena, CA 91185**

Date(s) debt was incurred _

Last 4 digits of account number **M001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. *Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.*

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Bricklayers & Allied Craftsworkers**<br>**2679 Sierra Way**<br>**La Verne, CA 91750** | Line  **3.7**<br><br>☐  Not listed. Explain ____ | — |

| Debtor | Sample Tile and Stone Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Tile Industry Health and Welfare**<br>**c/o Clifford Wood, Plan Manager**<br>**BeneSys Administrators**<br>**1050 Lakes Drive, Suite 120**<br>**West Covina, CA 91790** | Line **3.7**<br><br>☐ Not listed Explain ____ | — |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 710,717.24 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 710,717.24 |

**Fill in this information to identify the case:**

Debtor name    **Sample Tile and Stone Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is a subcontract for a project located at 411 North Hollywood Way, Burbank, CA 91505 and entitled as WB Ranch TI. Subcontractor agreement was entered into on September 6, 2024. The job has not started yet.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Krismar Construction Co., Inc. 100 Wilshire Blvd., Ste. 2100 Santa Monica, CA 90401** |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is a subcontract for a project located at 100 Wilshire, Ste 2100, Santa Monica, CA and entitled as The Ranch Lot Studios - Creative Office Building, Subcontractor agreement was entered into on November 8, 2023. The job has not started yet.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Krismar Construction Co., Inc. 100 Wilshire Blvd., Ste. 2100 Santa Monica, CA 90401** |

Debtor 1    **Sample Tile and Stone Inc.**
    First Name          Middle Name         Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3.** State what the contract or lease is for and the nature of the debtor's interest

**Debtor is a subcontractor on a project called Disney GCH Softgoods Guestroom Production located at 1600 S. Disneyland Dr., Anaheim, CA 92803. Debtor entered into an agreement on 11/13/2024. The job is estimated to start on January 10, 2025.**

State the term remaining

List the contract number of any government contract

**Lombardi Corporation
7744 Formula Place
San Diego, CA 92121**

---

**2.4.** State what the contract or lease is for and the nature of the debtor's interest

**Debtor is the subcontract for a residential apartment Project known as Tres Lagos located at 23337 Catt Rd., Wildomar, CA 92595. Debtor is almost done with Phase 1, and projects to start Phase 2 in about 3-4 weeks.**

State the term remaining

List the contract number of any government contract

**Multi-Family Builders, Inc.
100 Pacifica Ste. 203
Irvine, CA 92618**

---

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Debtor is the subcontract for project located at 1522 West Mission Blvd., Ontario, CA 91762 called Ontario Motor Inn Renovation.. The agreement commenced on 11/19/2024. The job has not started yet.**

State the term remaining

List the contract number of any government contract

**Optima RPM Inc.
17945 Sky Park Circle, Ste. D
Irvine, CA 92614**

---

Debtor 1   **Sample Tile and Stone Inc.**                       Case number *(if known)*

        First Name        Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Debtor operates the business from 1410 Richardon St., San Bernadino, CA 92408. The lease agreement which was entered into on March 16, 2015 includes Curtis Sample dba Sample Tile and Stone as the Tenant. Debtor operates from the premises and pays the monthly rent of $8,650.32. The lease provides for annual rent increase effective August 1st of each year. The rent from 8/1/25- 7/31/26 shall be $9,162.51; from 8/1/26 - 7/31/27 the rent shall be $9,674.70; from 8/1/27 - 7/31/28 the rent shall be $10,186.89; and from 8/1/28 - 7/31/29 the rent shall be $10,699.08. The lease termination date is 7/31/2029. The lease contains a one-time option to extend for 5 years. | |
|---|---|---|---|
| | State the term remaining | 7/31/2029 | |
| | List the contract number of any government contract | | **Paulson Family Trust** 23440 Ridgelline Rd., Diamond Bar, CA 91765 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Project for NBC Universal. Debtor is the subcontractor for PNG Builders ("Contractor"). An agreement was made on 10/23/2024 for the Project entitled: NBCU 55385 Toothsome Bar in Universal City. The project is concluded. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **PNG Builders** 2392 South Bateman Ave Duarte, CA 91010 |

Debtor 1 **Sample Tile and Stone Inc.**
Case number *(if known)*

First Name          Middle Name                Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Project for property located at 411 North Hollywood Way, Burbank, CA 91505. The project is estimated to start in mid- January 2025. | |
|---|---|---|---|
| | State the term remaining | | **Ranch Lot Stuidos Owner LLC** |
| | List the contract number of any government contract | | **100 Wilshire Blvd., Ste. 2100 Santa Monica, CA 90401** |

| Fill in this information to identify the case: |
|---|

Debtor name    **Sample Tile and Stone Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* Codebtor                                                              *Column 2:* Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Curtis Sample** | **1410 Richardson Street** **San Bernardino, CA 92408** | **OnDeck Capital** | ☑ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Curtis Sample** | **1410 Richardson Street** **San Bernardino, CA 92408** | **Mulligan Funding, LLC** | ☑ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Curtis Sample** | **1410 Richardson Street** **San Bernardino, CA 92408** | **United First, LLC** | ☑ D ___2.10___ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Sample Tile and Stone Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business | $300,290.97 |
| | ☐ Other | |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business | $5,997,785.15 |
| | ☐ Other | |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business | $8,422,800.00 |
| | ☐ Other | |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Sample Tile and Stone Inc.**                                     Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Curtis Sample**<br>**1410 Richardson Street**<br>**San Bernardino, CA 92408**<br>**President** | **within the last year** | **$307,692.19** | **Salary, vehicle allowance, and draws.** |
| 4.2. **Marybeth Loyal**<br>**1410 Richardson Street**<br>**San Bernardino, CA 92408**<br>**Debtor's princial spouse** | **within the last year** | **$75,622.92** | **Salary and vehicle allowance** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Mulligan Funding, LLC. v. Sample Tile and Stone, Inc. and Curtis Sample** | **Breach of Contract** | **District Court of the State of Utah**<br>**Third Judicial District**<br>**3636 Constitution Blvd.**<br>**Salt Lake City, UT 84119** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   **Sample Tile and Stone Inc.**   Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Blvd, 6th Floor**<br>**Beverly Hills, CA 90212** | | **11/20/2024**<br>**11/21/2024** | **$26,738.00** |
| | **Email or website address**<br>**Michael.Berger@bankruptcypower.c**<br>**om** | | | |
| | **Who made the payment, if not debtor?**<br>**Debtor's principal's spouse, Mary Beth Loyal who is not a creditor of the Debtor.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor    **Sample Tile and Stone Inc.**                                    Case number *(if known)*

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **Sample Tile and Stone Inc.**                                    Case number *(if known)*

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Curtis Sample**<br>**1410 Richardson Street**<br>**San Bernardino, CA 92408** | **1410 Richardson Street**<br>**San Bernardino, CA 92408** | **2020 Chevrolet Silverado, Vin # 4564. The vehicle is being used for business operation and is secured by Chase Auto Finance with a balance of $19,411.04. Monthly payment is $1,105.01.** | **$18,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Curtis Sample**<br>**1410 Richardson Street**<br>**San Bernardino, CA 92408** | **1410 Richardson Street**<br>**San Bernardino, CA 92408** | **2019 Chevrolet Silverado 6500, Vin #7930. The vehicle is being used for business operation and is secured by GM Financial with a balance of $25,174.86. Monthly payments are $1,207.32.** | **$19,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Curtis Sample**<br>**1410 Richardson Street**<br>**San Bernardino, CA 92408** | **1410 Richardson Street**<br>**San Bernardino, CA 92408** | **2024 Mazda Cxp, Vin #1992.The vehicle is being used for business operation and is leased with Mazda Financial Services.  Monthly payments are $885.44 and Debtor has been making the payments because the vehicle is used for business operation.  The maturity date is 10/8/2026.** | **$0.00** |

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

Debtor    **Sample Tile and Stone Inc.**                                    Case number (if known) _____

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Fenster & Fenster CPAS** **1514 S D Street** **San Bernardino, CA 92408** | **2022 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Fenster & Fenster CPAS** **1514 S D Street** **San Bernardino, CA 92408** | |

Debtor    **Sample Tile and Stone Inc.**                          Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2    **Curtis Sample**<br>**1410 Richardson Street**<br>**San Bernardino, CA 92408** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Curtis Sample** | **1410 Richardson Street**<br>**San Bernardino, CA 92408** | **President** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1    **Curtis Sample**<br>**1410 Richardson Street**<br>**San Bernardino, CA 92408** | **$307,692.19** | **January 1, 2024 - December 31, 2024** | **Salary, vehicle allowance, and draws.** |
| **Relationship to debtor**<br>**Debtor's CEO/Owner** | | | |

Debtor  Sample Tile and Stone Inc.                                  Case number (if known)

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30 2 Marybeth Loyal 1410 Richardson Street San Bernardino, CA 92408 | $75,622.92 | January 1, 2024 - December 31, 2024 | Salary and car allowance |

Relationship to debtor
Spouse of Debtor's CEO

31 Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below

Name of the parent corporation                          Employer Identification number of the parent
                                                        corporation

32 Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
■ Yes. Identify below

Name of the pension fund                                Employer Identification number of the pension
                                                        fund

Tile Layer Industry Local #4 Trusts Funds              EIN:    82-4304075

**Part 14:  Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct

I declare under penalty of perjury that the foregoing is true and correct

Executed on  1/8/25

Signature of individual signing on behalf of the debtor          Curtis Sample
                                                                 Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Sample Tile and Stone Inc.**                                      Case No.
_____                Chapter    **11**
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b). I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept  A RETAINER OF _____    $          **25,000.00**

    Prior to the filing of this statement I have received A RETAINER OF _____    $          **25,000.00**

    Balance Due _____    $              **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor      ☑ Other (specify):    **Debtor's principal's spouse, Mary Beth Loyal who is not a creditor of the
                                        Debtor, paid the $25,000 retainer and the filing fee directly to the Attorney.  The
                                        payment is a gift contribution and no repayment will be sought.**

3.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_1/8/2024_                                      _Michael Jay Berger_
Date                                            **Michael Jay Berger**
                                                *Signature of Attorney*
                                                **Law Offices of Michael Jay Berger**
                                                **9454 Wilshire Boulevard, 6th floor**
                                                **Beverly Hills, CA 90212**
                                                **(310) 271-6223   Fax: (310) 271-9805**
                                                **michael.berger@bankruptcypower.com**
                                                *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number **100291 CA**<br>**michael.berger@bankruptcypower.com** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re

      **Sample Tile and Stone Inc.**

CASE NO

CHAPTER  11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

                Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  1/6/25

Signature of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date  1/8/2024

Signature of Attorney for Debtor ( if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

**F 1007-1.MAILING.LIST.VERIFICATION**

Sample Tile and Stone Inc.
626 Wilshire Blvd., Suite 410
Los Angeles, CA 90017

Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

Bricklayers & Allied Craftsworkers
2679 Sierra Way
La Verne, CA 91750

Bridgecrest
7465 E. Hampton Ave
Mesa, AZ 85209

Ceasarstone USA Inc.
PO Box 603791
Charlotte, NC 28260

CHTD Company
PO Box 2576
Springfield, IL 62708

Cosentino
611 East Cerritos Ave
Anaheim, CA 92805

Curtis Sample
1410 Richardson Street
San Bernardino, CA 92408


Dal Tile Distribution, LLC #4161
7484 Raytheob Rd.
San Diego, CA 92111


GM Financial
PO Box 183593
Arlington, TX 76096


Home Depot
PO Box 9001030
Louisville, KY 40290


Merchants Bank, N.A.
7600 Parklawn Ave., Ste. 384
Minneapolis, MN 55435


Merchants Bank, N.A.
4550 West 77th St. Ste. 140
Minneapolis, MN 55435


Merchants Bank, N.A.
7600 Parklawn Avenue, Ste 384
Minneapolis, MN 55435


Mulligan Funding, LLC
4715 Viewridge Ave., Ste 100
San Diego, CA 92123

Mulligan Funding, LLC
c/o Babcock Scott & Babcock, P.C.
Attn: Jeffrey R. Handy, Esq.
370 E. South Temple, 4th Floor
Salt Lake City, UT 84111


OnDeck Capital
4700 W. Daybreak Pkwy, Suite 200
New York, UT 84009


Signature Financial & Leasing LLC
225 Broadhollow Rd. Ste. 132W
Melville, NY 11747


Tile Industry Health and Welfare
Trust Fund and Associated Funds
c/o Kennedy Law Firm
3530 Camino Del Rio N. Ste. 110
San Diego, CA 92110-8000


Tile Industry Health and Welfare
c/o Clifford Wood, Plan Manager
BeneSys Administrators
1050 Lakes Drive, Suite 120
West Covina, CA 91790


U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012


United First, LLC
2999 NE 191st St., Unit 901
Miami, FL 33180


Valero Fleet Services
PO Box 6293
Carol Stream, IL 60197

Willis Supply Corporation
Dept LA 23368
Pasadena, CA 91185

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>E-mail: Michael.Berger@bankruptcypower.com | |

✓ *Attorney for:  Sample Tile and Stone Inc.*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Sample Tile and Stone Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  **Curtis Sample**_____ , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1        I have personal knowledge of the matters set forth in this Statement because:

      ☑ I am the president or other officer or an authorized agent of the Debtor corporation

      ☐ I am a party to an adversary proceeding

      ☐ I am a party to a contested matter

      ☐ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
      class of the corporation's equity interests: **Curtis Sample holds a 100% equity security interest in the Debtor.**

  b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date _____1/ 6 /25_____

By: _____
Signature of Debtor, or attorney for Debtor

Name    **Curtis Sample**
        Printed name of Debtor, or attorney for
        Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012                                      F 1007-4.CORP.OWNERSHIP.STMT

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Curtis Sample
1410 Richardson Street
San Bernardino, CA 92408

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    F 1007-4.CORP.OWNERSHIP.STMT